# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 2nd amended plan

DEBTOR: Samuel Castillo          JOINT DEBTOR: Masiell Castillo          CASE NO.: 15-19734-RAM
Last Four Digits of SS# 3296           Last Four Digits of SS# 3399

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 532.81 for months 1 to 60; in order to pay the following creditors:

<u>Administrative</u>:  Attorney's Fee - $ 3650  TOTAL PAID $ 1500   Balance Due $ 2150
payable $ 215 /month (Months 1 to 10)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date $
Address:_____         Arrears Payment   $_____/month (Months _____ to _____)
_____         Regular Payment   $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None                          Total Due $_____
                                 Payable  $_____/month (Months ____ to ____) Regular Payment $_____

<u>Unsecured Creditors</u>: Pay $ 264.53/month (Months 1 to 10) and Pay $ 479.53/month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Capital One Auto Finance and will continue to pay said creditor directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____          _____
Debtor                                      Joint Debtor
Date: 7/20/15                               Date: 7/20/15


LF-31 (rev. 01/08/10)